UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand and fifteen,

_____

Bank Leumi USA

v.

Ehrlich

_____

**ORDER**
Docket Number: 15-1294

This Court's Civil Appeal Mediation Program ("CAMP") has ordered this case to pre-argument mediation and appointed Richard S. Weil as the mediator.

The mediation is expected to be held within 28 days of this Order.

Counsel, all parties and representatives of any person or entity directly affected by the outcome of the mediation, including insurance representatives, must attend and participate in the mediation.

Mr. Weil will contact counsel to schedule a premediation conference call to discuss the date, place and procedure for the mediation.

For a description of the CAMP program, please see Local Rule 33.1. Information about Mr. Weil's background is available on his website weilmediation.com. If you want to contact him before the premediation conference call, please email him at rickweil@weilmediation.com or phone him at (917) 684.8967.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court