# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand and fifteen.

Before:      Raymond J. Lohier, Jr.,
                  *Circuit Judge.*

_____

Bank Leumi USA,

Plaintiff-Counter-Defendant - Appellee,

v.

David Ehrlich, Angela Tykocki, Enrique Ehrlich, Sara Goldstein,

Defendants-Counter-Claimants - Appellants.

_____

**ORDER**
Docket No. 15-1294

The parties jointly move for expedited briefing and review of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.  Appellee's answering brief must be filed on or before September 30, 2015, and any reply brief must be filed on or before October 14, 2015.  The appeal shall be heard as soon as practicable after briefing is complete.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

